(97 N. W. Rep. 869.)

---

NEWVILLE ET AL *v.* GREAT NORTHERN RY. CO.

Opinion filed November 3, 1903.

Appeal from District Court, Williams county; *Cowan,* J.
. Action by Frank Newville and twenty-six other's against the Great Northern Railway Company. Judgment for plaintiffs, and defendant appeals.

Affirmed.

*C. J. Murphy,* for appellant.
*N. A. Stewart,* for respondents.

PER CURIAM. The questions involved in this case are the same as those considered and determined in the case of *Johnson* v. *Great Northern Railway Company,* 97 N. W. 546, in which the opinion has just been handed down. The same attorneys appear in both cases. No briefs were filed in this case, and it was agreed by counsel in open court that the disposition of this case should be governed by the decision in the case of *Johnson* v. *Great Northern Railway Company.* Following the order made in that case, the order of the district court is affirmed.